**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Kristina Bethel, Robert Bethel, Joseph Bricen, and John Doe, Defendants,

Of whom Kristina Bethel is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2016-000482

Appeal from Marlboro County
Timothy H. Pogue, Family Court Judge

Unpublished Opinion No. 2017-UP-004
Submitted December 21, 2016 – Filed January 4, 2017

**AFFIRMED**

Sally Ward Peace, of Sally Ward Peace, PA, of Conway, for Appellant.

Delton W. Powers, Jr., of Powers Law Firm, PC, of Bennettsville, for Respondent.

Elizabeth Rogers Munnerlyn, of Elizabeth R. Munnerlyn, PA, of Bennettsville, for the Guardian ad Litem.

---

**PER CURIAM:**  Kristina Bethel appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 383 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Kristina Bethel's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.